UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE C. FRAZIER,<br>Plaintiff,<br>v.<br>NANCY BERRYHILL,<br>Defendant. | Case No. 18-cv-04062-TSH<br><br>**ORDER TO SHOW CAUSE; ORDER EXTENDING BRIEFING DEADLINES** |

On March 29, 2019, the Court granted the parties' stipulation to extend the deadline for Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, to file a response to Plaintiff Clarence Frazier's motion for summary judgment and separate statement of facts to April 16, 2019. ECF No. 27. As Defendant failed to file a response by the deadline, the Court **ORDERS** Defendant to show cause why sanctions should not be imposed for failure to comply with court deadlines. Defendant shall e-file (no chambers copy required) a responsive declaration by April 23, 2019. Failure to file a response may result in judgment entered in favor of Plaintiff.

Defendant is **FURTHER ORDERED** to file a response to Plaintiff's motion and a responsive statement of facts by April 23, 2019. The Court reminds Defendant that the statement of facts must be separate from the motion and set forth: (a) for each paragraph of Plaintiff's separate statement, a correspondingly numbered paragraph indicating whether Defendant disputes the statement of fact as set forth by Plaintiff and, if disputed, a reference to the specific portion of the Administrative Record supporting Defendant's position; and (b) any additional facts from the Administrative Record on which Defendant relies in support of the motion. Each additional fact must be set forth in a separately numbered paragraph and cite to a specific portion of the Administrative Record where the fact finds support.

The deadline for Plaintiff's reply brief is **EXTENDED** to May 7, 2019. If Defendant sets forth additional facts in the cross-motion, Plaintiff is reminded that he must file a statement, separate from the reply brief, with correspondingly numbered paragraphs indicating whether Plaintiff disputes the statement of fact as set forth by Defendant and, if disputed, a reference to the specific portion of the Administrative Record supporting Plaintiff's position. Facts that are not already included in the motion and/or opposition are not permitted.

**IT IS SO ORDERED.**

Dated: April 17, 2019

THOMAS S. HIXSON
United States Magistrate Judge